Charles Hunsaker, appellee, v. Homer C. Cramer, appellant.

Suit for $10.00 for breeding service of stallion. Judgment for plaintiff. Appeal from the Circuit Court of Jasper county; the Hon.

Harry C. Stuttle, Judge, presiding. Heard in this court at the March term, 1923. Affirmed. Opinion filed July 2, 1923.
Davidson & Fithian, for appellant. Albert E. Isley, for appellee.
Mr. Justice Higbee delivered the opinion of the court.